UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

CYNTHIA BRUNT, INDIVIDUALLY AND
CO-GUARDIAN ON BEHALF OF UNKNOWN
MINOR, ET AL.                                                                                          PLAINTIFFS

VS.                                                                      CIVIL ACTION NO. 3:07cv638-DPJ-JCS

UNITED STATES OF AMERICA                                                                   DEFENDANT

## DISMISSAL ORDER

All parties having announced to the Court that they have settled this case, and the Court being desirous that this matter be finally closed on its docket,

IT IS ORDERED that this case is hereby dismissed with prejudice as to all parties. The parties shall submit a Final Agreed Order of Dismissal within one hundred twenty (120) days; provided, however, that if additional time is needed to secure approval of this settlement as required under Mississippi law, the Parties may advise the Court of that need and additional time will be allowed. If any party fails to consummate this settlement, any aggrieved party may reopen the case for enforcement of the settlement within ten (10) days of such failure, and if successful, all additional attorneys' fees and costs from this date may be awarded such aggrieved party or parties against the party failing to consummate the agreement.

**SO ORDERED** this the 4th day of May, 2009.

                                                                  s/ *Daniel P. Jordan III*
                                                                  UNITED STATES DISTRICT JUDGE